Hon. Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

AMERICAN GNC CORPORATION;

       Plaintiff,

   v.

NINTENDO CO., LTD., and
NINTENDO OF AMERICA INC.;

       Defendant.

Case No. 2:23-cv-00302-TL

**AGREED MOTION AND**
**PROPOSED ORDER REGARDING**
**EXTENSION OF TIME TO**
**ANSWER COMPLAINT**

Note on Motion Calendar:

March 27, 2023

AGREED MOTION RE: EXTENSION
Case No. 2:23-cv-00302-TL
Page 1
Bunsow De Mory LLP
701 El Camino Real, Redwood City CA
1 650 351 7428

## STIPULATED MOTION

Plaintiff American GNC Corp. ("American GNC") and defendants Nintendo Co., Ltd. ("NCL") and Nintendo of America Inc. ("NOA") (NCL and NOA collectively, "Nintendo") stipulate and agree that NCL will accept service of a summons and the Complaint effective March 27, 2023, and that the deadline for Nintendo to answer or otherwise respond to the Complaint shall be extended to May 30, 2023.


Dated: March 27, 2023                          Presented by,

By:  /s/ Kristopher Kiel                        By:  /s/ Michael N. Zachary

Kristopher Kiel                                 Corey Johanningmeier (*pro hac vice*)
Senior Corporate Counsel, Litigation            Michael N. Zachary (WSBA No. 27064)
Nintendo of America Inc.                         **BUNSOW DE MORY LLP**
                                                701 El Camino Real
                                                Redwood City, CA 94063
                                                Telephone: (650) 351-7248
                                                Facsimile: (415) 426-4744
                                                cjohanningmeier@bdiplaw.com
                                                mzachary@bdiplaw.com

For Defendants                                  Attorneys for Plaintiff
**Nintendo of America Inc. and**                **American GNC Corp.**
**Nintendo Co., Ltd.**


### ~~[PROPOSED]~~ ORDER

SO ORDERED.


Dated this 28 day of March, 2023

_____
Hon. Tana Lin
UNITED STATES DISTRICT JUDGE

AGREED MOTION RE: EXTENSION
Case No. 2:23-cv-00302-TL

Page 2

Bunsow De Mory LLP
701 El Camino Real, Redwood City CA
1 650 351 7428