Hon. Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AMERICAN GNC CORPORATION;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NINTENDO CO., LTD., and<br>NINTENDO OF AMERICA INC.;<br><br>　　　　Defendants. | Case No. 2:23-cv-00302-TL<br><br>**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE REGARDING OPPOSITION AND REPLY BRIEF DEADLINES REGARDING NINTENDO'S MOTION TO DISMISS U.S. PATENT NO. 6,671,648 (DKT. 24)** |

On June 8, 2023, Defendants filed a motion to dismiss U.S. Patent No. 6,671,648, with a noting date of June 30, 2023. (Dkt. 24.) The parties previously filed a notice regarding extension of time to respond to the complaint, with a deadline of June 8, 2023. (Dkt. 14.)

The parties have met-and-conferred, and respectfully request a modest extension of the opposition brief, reply brief, and noting date deadlines.

There is good cause for the requested extension due to preexisting commitments and conflicts of the parties, including discovery and deposition deadlines and the July 4th holiday.

Accordingly, the parties jointly propose the following modest extension:

| Event | Proposed Deadline |
|---|---|
| Plaintiff's opposition to the motion to dismiss | June 27, 2023 |
| Defendants' reply in support of the motion to dismiss | July 6, 2023 |
| Noting date | July 7, 2023 |

Dated: June 23, 2023                              Presented by,

By:  /s/ Matthew J. Brigham                        By:  /s/ Michael N. Zachary

Matthew J. Brigham (*pro hac vice*)                Corey Johanningmeier (*pro hac vice*)
Dena Chen (*pro hac vice*)                         Michael N. Zachary (WSBA No. 27064)
Patrick Lauppe (*pro hac vice*)                    BUNSOW DE MORY LLP
COOLEY LLP                                          701 El Camino Real
3175 Hanover Street                                 Redwood City, CA 94063
Palo Alto, CA 94304-1130                            Telephone: (650) 351-7248
Tel. (650) 843-5000                                 Facsimile: (415) 426-4744
Fax: (650) 849-7400                                 cjohanningmeier@bdiplaw.com
mbrigham@cooley.com                                 mzachary@bdiplaw.com
dchen@cooley.com
plauppe@cooley.com                                  Attorneys for Plaintiff
                                                    American GNC Corp.
Stephen R. Smith (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave NW, Suite 700
Washington, D.C. 20004
Telephone: +1 202 842 7800
Fax: +1 202 842 7899
stephen.smith@cooley.com

1  Lawrence D. Graham (Bar No. 25402)
   Mark P. Walters (Bar No. 30819)
2  LOWE GRAHAM JONES
   1325 Fourth Avenue, Suite 1130
3  Seattle, WA 98101
   Telephone: +1 206 381 3300
4  Fax: +1 206 381 3301
   Email: graham@lowegrahamjones.com
5         walters@lowegrahamjones.com

6
   Attorneys for Defendants
7  NINTENDO CO., LTD., and
   NINTENDO OF AMERICA INC.
8

9       **It is so ordered.**

10 Date:  June 23, 2023

11

12                                                           *[signature]*

13                                                    Marsha J. Pechman
                                                      United States Senior District Judge